UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

LIDIA ESTEVEZ PINERO,
Plaintiff

v. C.A. No. 06-323-T-LDA

JO ANNE B. BARNHART
COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,
Defendant

O R D E R

This matter is hereby referred to Magistrate Judge Lincoln D. Almond for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

ENTER:

Ernest C. Torres
Chief Judge
Dated: 11/15/06

BY ORDER:

Deputy Clerk