UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

LIDIA ESTEVEZ PINERO

v.                                              CA No. 06-323T

MICHAEL J. ASTRUE

### ORDER AFFIRMING COMMISSIONER'S FINAL DECISION

For the reasons stated in Magistrate Judge Almond's Report and Recommendation dated March 14, 2007, and in the Commissioner's "Response to Plaintiff's Objection" to the Report and Recommendation, the "Commissioner's Motion for an Order Affirming the Decision of the Commissioner" (Doc. #6) is granted; the "Plaintiff's Motion to Reverse" (Doc. #5) is denied and the Petitioner's appeal is hereby denied and dismissed.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Senior U.S. District Judge

Date: 12/29/08