# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

```
LIDIA ESTEVEZ PINERO,
Plaintiff

     v.                                        C.A. No. 06-323T

MICHAEL J. ASTUE,
Defendant
```

## JUDGEMENT

[ ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

> Judgment hereby enters for the Defendant Miachel J. Astrue and against Plaintiff Lidia Estevez Pinero pursuant to this Court's Order dated December 30th, 2008.

```
                                                 Enter:


                                                 /s/ Ryan H. Jackson

                                                 Deputy Clerk
```

Dated: January 5th, 2009